UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kimberly Crosson Howes

Plaintiff(s)

v.

David T. Tilton

Defendant(s)

COMPLAINT

FILED - USDC -NH
2025 FEB 25 AM 11:20

## Parties to this Complaint

**Plaintiff(s)'s Name, Address and Phone Number**

Kimberly Crosson Howes — MAILING + Address
P O Box 30
Seabrook NH 03874
Physical 6 - 400 Olives Hill Rd Goshen, NH 03752

**Defendant(s)'s Name, Address and Phone Number**

David T. Tilton
Rt 1
Salisbury, Massachusetts

## Statement of Claim

~~Jurisdiction and Venue:~~
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

David is/was a customer to the restaurant that I serve tables. I accompanied Dave to lunch/dinner a few different occasions. He was rude and slandered me called me homeless, made fun of my family, self, and others that eventually lead to Dave slandering me through the community, for declining his offer to accompany him at a motel (gesture) Since that Apx date Jan 6, 2025, many times my name has been mentioned in conversation slandering me, defaming me to locals + customers. I have been effected mentally emotionally, financial loss from lack of customers due to his slander + fear to go to work because of such. Repeat allegedly he harassed other wait staff at same location in similar manner according to the Cosmo's owner *


## Jurisdiction
~~Statement of Claim:~~

(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

1) Petitioner is of the jurisdiction for NH.

2) USC 242 1983 / personal injury all being of US Court district jurisdiction #

3) Amount of case $

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

1) High Risk P.O. No contact Cease + disist 500 ft away at all times from plaintiffs residence, work + play areas

2) 1.5 million p.t. and all damages punitive, financial, emotional, physical, all that apply

## Jury Demand

☑ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 2/25/2025

Signature: Kimberly Arissa (Howes)

